# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Donoghue | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 26-cv-5786 |
| Compass Diversified Holdings, et. al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dennis J. Donoghue                                                                          .

Date:          7/8/2026                                          /s/ Miriam Tauber
                                                                                    *Attorney's signature*

                                                                            Miriam Tauber (MT-1979)
                                                                            *Printed name and bar number*
                                                                                    Miriam Tauber Law
                                                                                    885 Park Ave. 2A
                                                                                    New York NY 10075

                                                                                    *Address*

                                                                            MiriamTauberLaw@gmail.com
                                                                                    *E-mail address*

                                                                                    323-790-4881
                                                                                    *Telephone number*

                                                                                    *FAX number*

**Print**          **Save As...**                                          **Reset**